JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY ANN SAWYER,<br><br>	Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>	Defendant, | Case No. 2:15-cv-01573-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to January 27, 2016, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension, which is requested because Plaintiff's counsel is experiencing a backload in her workload.

**Sawyer v. Colvin**                                                                       **Stipulation and ~~Proposed~~ Order**
**E.D. Cal. 2:15-cv-01573-KJN**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

          Respectfully submitted,

Date:  December 23, 2015        JACQUELINE A. FORSLUND
                                                  Attorney at Law

                                                  */s/Jacqueline A. Forslund*
                                                  JACQUELINE A. FORSLUND

                                                  Attorney for Plaintiff


Date:  December 28, 2015        BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DEBORAH STACHEL
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                                  */s/*Franceso Benavides*
                                                  FRANCESCO BENAVIDES
                                                  Special Assistant United States Attorney
                                                  *By email authorization

                                                  Attorney for Defendant

                                                        <u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  January 4, 2016

                                                        _____
                                                        KENDALL J. NEWMAN
                                                       UNITED STATES MAGISTRATE JUDGE